**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

2023 SEP 13 A 9:36
TAMMY H DOWNS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
Northern **DIVISION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 13 2023
TAMMY H. DOWNS, CLERK
By: [signature] DEP CLERK

**CASE NO.** 3:23-cv-00188-DPM-JTR

**Jury Trial:** ☐ **Yes** ☐ **No**
**(Check One)**

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: James D. Ward
ADC # 00360025

Address: 1809 N. Rocking Chair Rd. Paragould Ar. 72450

Name of plaintiff: ____________________
ADC # ____________

Address: ____________________

Name of plaintiff: ____________________
ADC # ____________

Address: ____________________

This case assigned to District Judge Marshall
and to Magistrate Judge Ray

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Brad Synder

Position: Sheriff Green Co.

Place of employment: Green Co. Sheriff Dept.

Address: 1809 Rocking Chair Rd. Paragould Ar. 72450

Name of defendant: Dr. J. Carter

Position: Dr. Turn Key medica at Green Co.

Place of employment: Green Co. Det. Facility

Address: 1809 N. Rocking Chair Rd. Paragould Ar. 72450

Name of defendant: Tarn Key Medical

Position: Medical Provider at Green Co. Det. Facility

Place of employment: Green Co.

Address: 1809 N Rocking Chair Rd Paragould Ar. 72450

Name of defendant: ______

Position: ______

Place of employment: ______

Address: ______

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit: NA

Plaintiffs: ______

______

Defendants: ______

______

☐ Court (if federal court, name the district; if state court, name the county): ____________

☐ Docket Number: ____________

☐ Name of judge to whom case was assigned: ____________

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) ____________

☐ Approximate date of filing lawsuit: ____________

☐ Approximate date of disposition: ____________

IV. Place of present confinement: Green Co. Det. Facility

V. At the time of the alleged incident(s), were you: (check appropriate blank)

✓ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.) explain: ____________

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓ No ____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓ No ____

If not, why? ______________________________________________

______________________________________________

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was being detained in Craighead Co; On or about 1-15-22 I slipped on a wet Floor hurting my shoulder + lower back; I was seen by the nurse /Turn Key Medical/ and was told I was ok + dismissed; I had to put in multiple request before I was seen by the Dr. /Turn Key Medical/ with the same result no examination Just told I was ok + dismissed. On or about 3-1-23 I was transFered From Craighead Co. to Greene Co. I have put in multiple medical request; I have seen the nurse several time's I have seen the Dr. here 1 time also /Turn Key Medical/ I was never examined. My Shoulder hurts so much I can hardly raise my arm over my head; The pain in my back and leg is so bad it has caused me to Fall 3 time's recently and only getting worse.

State of Claim

I also am a Federal inmate + my medical is 100% covered by the Federal Government. At Craighead Co. + Greene Co. both I have been charged a $25.00 Co pay For medical visits + $10 per perscription's they have taken all the money that I had on my book + have been getting charge + adding to a bill that they are going to charge if I get more money on my book; they are trying to tell me I owe another $350.00 I have never even been examined. How do I stop them From charging me For medical.

(1)

I was being detained at Craighead Co. Det. center on or about Jan. 15 2022. I slipped + Fell on a wet Floor causing serious Pain in my shoulder + my lower back + down left leg. I put in medical request imedeatly after the Fall I wast seen by the nurse until a couple of days later + was giving Ibuprohen + dismissed. I had to put in multiple medical request to see the Dr. it was several months gone by before I was actualy seen by the Dr. They didn't even examine my injurys they did nothing For me.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to have a real medical examination to Find out why I am in so much pain + get it Fixed. I would like Compensation For unnecessary Pain + discomfort in the amount of $ 1.5 millon dollars + all medical cost paid

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 4 day of 9, 2023.

James Ward

Signature(s) of plaintiff(s)

James Ward
809 Rockingchair Rd
Paragould Ar. 72450

MEMPHIS TN 380
11 SEP 2023 PM 3 L

Thinking of You
STATION
FOREVER / USA

Pro SE Clerk
600 w. capitol Ave. Room A 149
Little Rock Ar. 72201

72201-332999