# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JAMES D. WARD**  **PLAINTIFF**
**#0036025**

v.  No. 3:23-cv-188-DPM-JTR

**BRAD SNYDER**, Sheriff, Greene
County Sheriff's Department;
**J. CARTER**, Dr., Turn Key Medical,
Greene County Detention Facility;
and **TURN KEY MEDICAL**,
Medical Provider, Greene County
Detention Facility  **DEFENDANTS**

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Ray's partial recommendation, *Doc. 4*, and overrules Ward's objections, *Doc. 5*. Fed. R. Civ. P. 72(b)(3). Ward's deliberate indifference claims against Carter and Turn Key Medical go forward. His other claims are dismissed without prejudice. Sheriff Snyder is dismissed without prejudice as a defendant in this case.

Ward wishes to amend his complaint. He is free to do so. *See* Fed. R. Civ. P. 15. Any amended complaint is due by 10 November 2023.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

24 October 2023