IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES D. WARD
#0036025                                                                                           PLAINTIFF

v.                                    No. 3:23-cv-188-DPM

ANTHONY CARTER, APRN-CNP
and TURN KEY HEALTH
CLINICS, LLC, Medical Provider,
Greene County Detention Facility                                          DEFENDANTS

ORDER

Unopposed recommendation, *Doc. 23*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Ward's complaint and supplemental complaint will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 August 2024