IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES D. WARD                                              PLAINTIFF
#0036025

v.                           No. 3:23-cv-188-DPM

BRAD SYNDER, Sheriff, Greene
County Sheriff's Department;
ANTHONY CARTER, APRN-CNP;
and TURN KEY HEALTH
CLINICS, LLC, Medical Provider,
Greene County Detention Facility                          DEFENDANTS

## JUDGMENT

Ward's complaint and supplemental complaint are dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

15 August 2024